UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              CASE NO. 4:13CV104 JM

ONE COLT M203 (RECEIVER/FRAME) 40 MM
GRENADE LAUNCHER WITH SERIAL NUMBER 165303; *et al*       DEFENDANTS

SAMUEL ROSSE III                                                       CLAIMANT

## **ORDER OF DISMISSAL**

Notice has been provided that the parties have settled. Therefore, this case is dismissed without prejudice with each party responsible for its own attorneys' fees and costs.

IT IS SO ORDERED this 8th day of July 2014.

_____
HONORABLE JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE